IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY DEAN REED, et al.,          No. CIV.S-06-2387 MCE DAD PS

       Plaintiffs,

   v.                        ORDER TRANSFERRING ACTION

KERN COUNTY POLICE DEPARTMENT, et al.,

       Defendants.
_____/

      On October 30, 2006, plaintiff Mary Dean Reed, a pretrial detainee confined in the Lerdo Women's Pretrial Detention Center, filed a pro se complaint alleging a violation of her civil rights pursuant to 42 U.S.C. § 1983.  On November 17, 2006, plaintiff filed an application to proceed in forma pauperis, although no certified trust account statement has been provided by plaintiff's institution. See 28 U.S.C. § 1915.

      In her complaint, plaintiff names numerous government entities, all located in Kern County or Los Angeles County, as defendants.  Liberally construed, the complaint alleges that public

1

agencies and their employees in Kern and Los Angeles Counties entered into a conspiracy to have plaintiff improperly charged with a battery and to otherwise violate her civil rights.[1]  Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 3-120(d).  A civil action that has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court.  See Local Rule 3-120(f).  This action will therefore be transferred to the Fresno Division of the court for further proceedings.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2.  All future filings shall reference only the new Fresno case number to be assigned to this case and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: December 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.prose\reed2387.transfer

---

[1] Plaintiff filed at least two other actions against the same defendants: No. CIV.S-06-2386 MCE GGH PS and No. CIV.S-06-2399 DFL DAD P.

2