# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
MARY DEAN REED, et al.,        ) 1:06-cv-1837-OWW-SMS
                               )
            Plaintiff,         ) ORDER REASSIGNING CASE TO
                               ) MAGISTRATE JUDGE THERESA A.
                               ) GOLDNER
      v.                       )
                               )
KERN COUNTY POLICE DEPARTMENT, )
et al.,                        )
                               )
            Defendants.        )
                               )
_____)
```

Plaintiff is proceeding pro se with a civil action for damages. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

Because it appears that this matter arises out of the conduct of actors in Kern County, it IS ORDERED that this action BE REASSIGNED to Magistrate Judge Theresa A. Goldner instead of Magistrate Judge Sandra M. Snyder. The case citation shall now read 1:06-cv-1837-OWW-TAG.

IT IS SO ORDERED.

**Dated:   January 3, 2007**              /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE

1