IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DEAN REED, et al., | 1:06-cv-1837 OWW TAG |
| Plaintiffs, | ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS |
| vs. | ACTION FOR FAILURE TO OBEY A COURT ORDER AND DENY PENDING MOTIONS |
| KERN COUNTY POLICE DEPARTMENT, et al., | (Doc. 25) |
| Defendants. / | |

Plaintiff Mary Dean Reed, while incarcerated at the Lerdo Pretrial Detention Center, filed a pro se civil rights complaint, 42 U.S.C. § 1983, on behalf of herself and M. Dean Reed Production Company. (Doc. 1). On February 13, 2007, the Court entered an order that dismissed Plaintiff's complaint without prejudice, directed Plaintiff to file an amended complaint, and warned her that failure to comply with the order might result in the dismissal of her case. (Doc. 18). Plaintiff moved to reinstate her complaint and submitted various filings, but did not file an amended complaint in accordance with the Court's February 13, 2007, order. (Docs. 19, 22, 23, 24).

On April 3, 2007. the Magistrate Judge filed a report and recommendation, recommending that this case be dismissed for failure to obey a court order, and that all pending motions be denied. (Doc. 25). This document was served on Plaintiff and contained notice that any objections were to be filed within fifteen (15) days of the date of service. Plaintiff has since been released from custody, paid the $350 filing fee, and submitted documents purporting to relate to a vacated scheduling conference. (Docs. 26, 27, 28, 29, 30). On April 19, 2007, Plaintiff filed a "motion to

1

not vacate Scheduling Conference," which this Court construes as objections to the report and recommendation. (Doc. 31). Despite their untimeliness, the undersigned has considered these objections and has determined that there is no need to modify the report and recommendation based on the points raised in them.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a <u>de novo</u> review of the case. Having carefully reviewed the entire file, the Court finds the report and recommendation filed on April 3, 2007, to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The report and recommendation (Doc. 25), filed April 3, 2007, is ADOPTED IN FULL;

2. Plaintiff's civil rights action is DISMISSED WITH PREJUDICE for failure to comply with the Court's February 13, 2007, order;

3. All pending motions in this action are DENIED as MOOT; and

3. The Clerk of Court is DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   May 18, 2007**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE