```
                                            FILED
                                      JUDGMENT ENTERED

                                      ____May 21, 2007_____
                                              Date
                                         by ___G. Lucas_____
                                            Deputy Clerk
                                        U.S. District Court
                                     Eastern District of California
                                      __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

MARY DEAN REED, et al.,

      Plaintiff,

vs.                                    **JUDGMENT IN A CIVIL ACTION**

          1:06-cv-1837 OWW TAG

KERN COUNTY POLICE DEPT., et al.,

      Defendant.
_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED:  May 21, 2006

                              VICTORIA C. MINOR, Clerk

                              /S/ G. Lucas
                      By:
                              Deputy Clerk