IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DEAN REED and M. DEAN REED PRODUCTION COMPANY aka THE ALE FACTORY,<br><br>Plaintiffs,<br><br>vs.<br><br>KERN COUNTY POLICE DEPARTMENT, et al.,<br><br>Defendants. | No. CV-F-06-1837 OWW/TAG<br><br>ORDER STRIKING DOCS. 43-45 |

On April 3, 2007, the United States Magistrate Judge recommended that this action be dismissed because of Plaintiff's failure to comply with a court order that Plaintiff file an amended complaint and that Plaintiff's motion to re-instate complaint, her request to submit song lyrics in lieu of the filing fee, and her recommendation that this case be combined with No. CV-F-06-1066 be denied.

By Order filed on May 21, 2007, the Magistrate Judge's

1

recommendation was adopted by the Court, the action was dismissed with prejudice for failure to comply with a court order, and all pending motions filed by Plaintiff were denied as moot.  Judgment dismissing the action with prejudice was entered by the Clerk of the Court on May 21, 2007 as required by law.

Since entry of Judgment dismissing the action with prejudice, Plaintiff has filed three motions:

1.  "Motion for: Settlement/Scheduling Conference Motion for [undecipherable] Behavior to Change" filed on June 4, 2007 (Doc. 43);

2.  "Motion for Scheduling Conference and Settlement Conference or Settlement Without Conference Per/Casework - Partial Plea" filed on June 11, 2007 (Doc. 44);

3.  "Motion to Pay in According with Rights of GUARDIAN Seting [sic] Non-Scheduled Conference - Settlement Conference or/in Motion to Schedule (Scheduling Conference/Settlement Conference)" filed on June 18, 2007 (Doc. 44).

These three motions are stricken.  Their content is rambling, incoherent and bizarre and frequently undecipherable.  Because the action has been dismissed, there is no basis to conduct any scheduling or settlement conferences in this action.

IT IS SO ORDERED.

Dated:   June 29, 2007             /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE