IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DEAN REED and M. DEAN REED PRODUCTION COMPANY aka THE ALE FACTORY,<br><br>              Plaintiff,<br><br>         vs.<br><br>KERN COUNTY POLICE DEPARTMENT, et al.,<br><br>              Defendant. | No. CV-F-06-1837 OWW/TAG<br><br>ORDER STRIKING DOC. 47 |

For the reasons stated in the Order filed on July 20, 2007 (Doc. 46), Plaintiff's "Motion for Scheduling Conference and Settlement Conference" filed on June 28, 2007 (Doc. 47) is **STRICKEN**.

   IT IS SO ORDERED.

**Dated:   July 9, 2007**                    /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

1