IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DEAN REED AND M. DEAN REED PRODUCTION COMPANY aka THE ALE FACTORY,<br><br>        Plaintiff,<br><br>  vs.<br><br>KERN COUNTY POLICE DEPARTMENT, et al.,<br><br>        Defendant. | NO. CV-F-06-1837 OWW/TAG<br><br>ORDER STRIKING DOCS. 49-51, DIRECTING CLERK OF COURT NOT TO FILE ANY FURTHER PLEADINGS OR PAPERS IN THIS ACTION AND TO RETURN MAILINGS TO PLAINTIFF |

    On April 3, 2007, the United States Magistrate Judge recommended that this action be dismissed because of Plaintiff's failure to comply with a court order that Plaintiff file an amended complaint and that Plaintiff's motion to re-instate complaint, her request to submit song lyrics in lieu of the filing fee, and her recommendation that this case be combined with No. CV-F-06-1066 be denied as contrary to law.

    By Order filed on May 21, 2007, the Magistrate Judge's

recommendation was adopted by the Court, the action was dismissed with prejudice for failure to comply with a court order, and all pending motions filed by Plaintiff were denied as moot. Judgment dismissing the action with prejudice was entered by the Clerk of the Court on May 21, 2007 as required by law.

Plaintiff filed Docs. 43-47 in June 2007. These pleadings/papers were stricken by Orders filed on July 2, 2007 (Doc. 46) and July 9, 2007 (Doc. 48) because the content of these pleadings was rambling, incoherent and bizarre and frequently undecipherable and because the action has been dismissed.

Since the Orders striking these pleadings were filed, Plaintiff has filed:

1. "Settlement/Scheduling Conference/Hearing Motion for Contempt of Court for County Counsel Peter Glich" filed on July 26, 2007 (Doc. 49);

2. "Motion for Scheduling/Settlement Conference Motion for Contempt of Court" filed on August 9, 2007 (Doc. 50);

3. "Contempt of Court by County Counsel (Scheduling Conference)" filed on September 17, 2007 (Doc. 51).

Docs 49-51 are STRICKEN. This action has been dismissed. Because no timely appeal from the dismissal of this action has been filed, the dismissal is final. As Plaintiff has been advised, there is no basis for scheduling or settlement conferences and no basis for holding any person or entity in contempt of court.

Because Plaintiff has disregarded the Court's prior Orders

2

1 **striking pleadings filed after the dismissal of this action and**
2 **because Plaintiff's actions constitute an abuse of process, the**
3 **Clerk of the Court is directed to return to Plaintiff any further**
4 **pleadings or papers attempted by Plaintiff to be filed in this**
5 **action.**
6 **NO FURTHER FILINGS BY PLAINTIFF WILL BE ACCEPTED IN THIS**
7 **ACTION.**
8 **On June 26, 2007 and on July 7, 2007, Plaintiff shipped an**
9 **envelope and a box of loose papers and documents to the Honorable**
10 **Oliver W. Wanger. The Clerk of the Court is directed to return**
11 **the envelope and the box to Plaintiff.**
12 IT IS SO ORDERED.
13 **Dated:   November 19, 2007**           /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

3