IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DEAN REED AND M. DEAN REED PRODUCTION COMPANY aka THE ALE FACTORY,<br><br>        Plaintiff,<br><br>  vs.<br><br>KERN COUNTY POLICE DEPARTMENT, et al.,<br><br>        Defendants. | No. CV-F-06-1837 OWW<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN TO PLAINTIFF LETTER DATED AUGUST 7, 2009 |

Pursuant to the Order filed on November 19, 2007 (Doc. 52), the Clerk of the Court is ordered to return to Plaintiff her letter to the Court dated August 7, 2009.  No further filings will be accepted in this closed case.

IT IS SO ORDERED.

Dated:   August 20, 2009                    /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE